UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22410-CIV-GRAHAM/O'SULLIVAN

CARMEN FERRARI,

    Plaintiff,

v.

SIMPSON CONTRACTORS, INC.,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court <u>sua sponte</u> following a Settlement Conference conducted by the undersigned, United States Magistrate Judge O'Sullivan, in Chambers on December 20, 2007, at which the parties reached a **SETTLEMENT**. It is

ORDERED AND ADJUDGED that by **Thursday, January 3, 2007**, the parties shall file the appropriate settlement documentation with the Court. It is further

ORDERED AND ADJUDGED that failure to comply with this Order may result in the dismissal of this matter with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida this **20th** day of December, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All counsel of record